JS-6
FILED
CLERK, U.S. DISTRICT COURT
8/22/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 18-01011-WDK-SHK |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONSENT JUDGMENT |
| v. | |
| GEORGE E. ARREOLA, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, GEORGE E. ARREOLA, as to **claim one**, in the total amount of $7,569.01; as to **claim two**, the total amount of $8,899.62 and as to **claim three**, the total amount of $8,898.70; as to **claim four**, the total amount of $5,480.57; less debtor payments of $0.00 for a total judgment amount of **$30,847.90.**

Dated: August 22, 2018

_/s/ William D. Keller_
WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE

1